IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SAMUEL ELI HARRIS,**

    Plaintiff,

vs.                                  CASE NO. 1:04CV437-MMP/AK

**JOSEPH SIRMONS, et al,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

In an order dated January 24, 2005, Plaintiff was directed to pay a partial filing fee of $1.00 on or before February 25, 2005. (Doc. 6). When no fee was forthcoming, an order to show cause was entered on March 9, 2005, requesting that Plaintiff respond on or before March 28, 2005. (Doc. 7). As of this date there has been no filing fee and no response to the show cause order. Plaintiff has also not responded to similar orders in another case, No. 1:04CV436-MMP/AK.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of April, 2005.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:04cv437-MMP/AK