IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


SAMUEL ELI HARRIS,

      Plaintiff,

v.                                                              CASE NO. 1:04-cv-00437-MP-AK

DAVID CONLEY,
DRAPPERS,
DRIGGERS,
OLSTEAN,
JOSEPH SIRMONS,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 8, Report and Recommendations of Magistrate

Judge Kornblum, recommending that this case be dismissed without prejudice.  The Magistrate

Judge filed a Report and Recommendation on Friday, April 15, 2005.  The parties have been

furnished a copy of the Report and Recommendation and have been afforded an opportunity to

file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must

make a *de novo* review of those portions to which an objection has been made.  Neither party has

filed an objection.  Having considered the Report and Recommendation and all objections thereto

timely filed, I have determined that the Report and Recommendation should be ADOPTED.

      Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
       by reference in this order.

2.      Plaintiff's case is DISMISSED WITHOUT PREJUDICE.


**DONE AND ORDERED** this __*21st*__ day of June, 2005.


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge